UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- v. -<br><br>CHRISTIAN MINAYA,<br><br>Defendant. | INFORMATION<br><br>21 Cr. 619 (KMK) |

### COUNT ONE

The United States Attorney charges:

1.      On or about August 16, 2020, in the Southern District of New York, CHRISTIAN MINAYA, the defendant, knowing that he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, knowingly did possess a firearm, to wit, a loaded Taurus .40-caliber semi-automatic pistol, and the firearm was in and affecting interstate commerce.

(Title 18, United States Code, Section 922(g)(1).)

*Damian Williams*
DAMIAN WILLIAMS
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

CHRISTIAN MINAYA,

Defendant.

## INFORMATION

21 Cr. _____ (   )

(18 U.S.C. § 922(g)(1).)

DAMIAN WILLIAMS
United States Attorney.