UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

Christian Minaya,

                Defendant.

No. 0208 7:21CR00619 (KMK)

ORDER

Kenneth M. Karas, U.S. District Judge:

    It is hereby ORDERED that Christian Minaya [redacted] in participate and successfully complete inpatient substance use treatment at Samaritan Daytop Village, or any of its sister sites.

SO ORDERED.

Dated:     October 16, 2024
          ~~New York~~, New York
          White Plains

Kenneth M. Karas
U.S. District Judge